# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

ALEJANDRO ACEVEDO,
    *Plaintiff(s)*

v.                                      Civil Action No. 5:23-CV-150

WARDEN BROWN,
    *Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☒ Other

other: The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. The Clerk enters judgment in favor of the respondent and STRIKES this case from the active docket of this Court.

This action was:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

decided by Judge  John Preston Bailey

Date: May 25, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ A. Greenidge

*Signature of Clerk or Deputy Clerk*